# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form16instructions.pdf*

**9th Cir. Case Number(s)** | 26-4023

**Case Name** | Renshaw v. GSA

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> An administrative stay of the district court's preliminary injunction ordering the government to remove a fence at the Eugene Federal Building by 7:00 a.m. tomorrow, July 2.

Relief is needed no later than *(date)*: 5:00 p.m. PDT July 1, 2026

The following will happen if relief is not granted within the requested time:

> The government will remove the fence to ensure compliance with the district court's preliminary injunction.

I could not have filed this motion earlier because:

> Yesterday, this Court remanded to the district court to clarify its findings about alternatives to removing the fence. At 11:20 p.m. PDT yesterday, the district court issued its order and opinion making those findings and ordering the government to comply with the prior fence removal deadline of 7:00 a.m. PDT July 2.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court:  ⦿ Yes   ○ No

    If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ⦿ Yes   ○ No

    If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

    On *(date)*: June 30, 2026

    By *(method)*: email

    Position of other parties: No response

    Name and best contact information for each counsel/party notified:

    Marianne Dugan
    mdugan@cldc.org

I declare under penalty of perjury that the foregoing is true.

**Signature** | s/ Brenna Helene Scully | **Date** 07/01/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*