IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| NAPHTALI RENSHAW; SUSAN BARNHART; TYRRAS WARREN; MICHAEL CARRIGAN; CHRISTOPHER ROMPALA; AND CHARLES AREFORD<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES GENERAL SERVICES ADMINISTRATION;<br><br>Defendant-Appellant. | No. 26-4023 |

**JOINT STATUS REPORT**

On July 1, 2026, this Court ordered the parties to file a status report following the hearing before the district court scheduled for July 2, 2026. The district court held that hearing at 9:00 a.m. PDT today. At the hearing, the parties confirmed that the government had complied with the court's preliminary injunction ordering the government to remove the fence installed at the Eugene Federal Building by 7:00 a.m. PDT today. Dkts. 31, 38, 42, 51. The court agreed that the government had complied with the injunction.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*

SCOTT E. BRADFORD
  *United States Attorney*

MARK R. FREEMAN
STEVEN A. MYERS
 /s/ *Brenna H. Scully*
BRENNA H. SCULLY
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7211*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 880-6114*
  *Brenna.scully@usdoj.gov*


 /s/ *Marianne Dugan*
MARIANNE DUGAN
LAUREN C. REGAN
  *Civil Liberties Defense Center*
  *1711 Willamette Street Suite 301*
  *Eugene, OR 97401*
  *(514) 687-9180*
  *mdugan@cldc.org*

JULY 2026