IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NAPHTALI RENSHAW; SUSAN BARNHART;
TYRRAS WARREN; MICHAEL CARRIGAN;
CHRISTOPHER ROMPALA; AND CHARLES
AREFORD

Plaintiffs-Appellees,

v.

UNITED STATES GENERAL SERVICES
ADMINISTRATION;

Defendant-Appellant.

No. 26-4023

**UNOPPOSED MOTION TO WITHDRAW STAY MOTION**

On July 1, 2026, the government asked this Court to stay pending appeal a preliminary injunction ordering the government to remove a fence installed at the Eugene Federal Building by 7:00 a.m. PDT on July 2, 2026. The government also requested that the injunction be administratively stayed pending consideration of the government's stay motion. The Court denied the government's request for an administrative stay, established a briefing schedule for the government's stay motion, and set the motion for argument on July 8, 2026.

After the denial of the administrative stay, the government complied with the preliminary injunction and removed the fence in its entirety. Accordingly, the

government has elected not to pursue a stay pending appeal and respectfully moves to withdraw that motion. Plaintiffs do not oppose that relief.

## CONCLUSION

For these reasons, the government respectfully requests that its stay motion be withdrawn.

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

SCOTT E. BRADFORD
*United States Attorney*

MARK R. FREEMAN
STEVEN A. MYERS
/s/ *Brenna H. Scully*

BRENNA H. SCULLY
*Attorneys, Appellate Staff*
*Civil Division, Room 7211*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 880-6114*
*Brenna.scully@usdoj.gov*

JULY 2026

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font.  I further certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 143 words according to the count of Microsoft Word.

/s/ *Brenna H. Scully*
BRENNA H. SCULLY